

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00273-CV

———————————————

TESMEC USA, INC., Appellant

V.

KEVAN MOTT, Appellee

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-304893-18

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the "Agreed Motion to Dismiss and Remand." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 8, 2023